# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3702

_____

Milton P. Heyde,                              *
                                             *
          Appellant,                         *
                                             *
Erna Heyde; Reinhold Heyde,                  *
                                             *
          Plaintiffs,                        *
                                             *
     v.                                      *   Appeal from the United States
                                             *   District Court for the
Greg Woodley; Arlen Throne; Ken              *   Northern District of Iowa.
Lubkeman,                                    *
                                             *        [UNPUBLISHED]
          Appellees,                         *
                                             *
Brent Symens; Duane Payne;                   *
James Drew; Iowa Department                  *
of Natural Resources; County of              *
Franklin,                                    *
                                             *
          Defendants.                        *

_____

Submitted:  November 30, 1999
     Filed:  December 9, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Milton P. Heyde appeals from the District Court's[1] grant of summary judgment in his 42 U.S.C. § 1983 action, which arises out of a deer-poaching investigation. Having carefully reviewed the record and the parties' briefs, we conclude that the District Court properly granted summary judgment to defendants and did not abuse its discretion in granting the protective order.

Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.